(130 So. 676)

**Alfred RAMSEY v. STATE.**

**7 Div. 988.**

Supreme Court of Alabama.

Nov. 6, 1930.

E. O. McCord & Son, of Gadsden, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Alfred Ramsey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ramsey v. State (7 Div. 688) 130 So. 674.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.